No. 05–6825. Sawyer v. Davis, Warden. C. A. 11th Cir. Certiorari denied.

No. 05–6829. Moore v. Gray. C. A. 4th Cir. Certiorari denied.

No. 05–6847. Fox v. Stovall, Warden. C. A. 6th Cir. Certiorari denied.

No. 05–6851. Hollingsworth v. North Carolina. C. A. 4th Cir. Certiorari denied.

No. 05–6854. Murdock v. American Axle & Manufacturing, Inc. C. A. 6th Cir. Certiorari denied.

No. 05–6859. Smith v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 05–6860. Ramirez v. United States. C. A. 5th Cir. Certiorari denied.

No. 05–6861. Cantlow v. Sherry, Warden. C. A. 6th Cir. Certiorari denied.

No. 05–6863. Daniel v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 05–6866. Hardy v. Ramsey County Sheriff. Ct. App. Minn. Certiorari denied.

No. 05–6867. Faulks v. Crosby, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 05–6871. Frederick v. Frank, Secretary, Wisconsin Department of Corrections, et al. C. A. 7th Cir. Certiorari denied.

No. 05–6872. Fontanes v. True, Warden. C. A. 4th Cir. Certiorari denied.

No. 05–6873. Covington v. Woods, Warden. C. A. 2d Cir. Certiorari denied.